983 So.2d 1285 (2008)
Irene MANUEL
v.
REPUBLIC VANGUARD INSURANCE COMPANY, et al.
No. 2008-C-0867.
Supreme Court of Louisiana.
June 20, 2008.
In re Jackson, Leland; Lake Charles Mechanical Inc.; Republic Vanguard Ins. Co. et al.; Hoffpauir, F.D., Sr., d/b/a Hoffpauir Construction;Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of Calcasieu, 14th Judicial District Court Div. G, No. 2002-6248; to the Court of Appeal, Third Circuit, No. 07-1437.
Denied.